KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6833
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOGINDER SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID STILL, USCIS District Director; DONALD NEUFELD, Acting Director, Nebraska Service Center; MICHAEL CHERTOFF, Secretary of the Homeland Security; ALBERTO GONZALES, Attorney General of the United States; DOES 1 thru 50,<br><br>    Defendants. | No. C 05-2315-MMC<br><br>**STIPULATION TO EXTEND DATES; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorneys of record, and defendants, by and through its attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. The plaintiff filed a mandamus complaint on June 7, 2005, but did not serve the U.S. Attorney's Office until August 4, 2005.

    2. Pursuant to this Court's June 7, 2005 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on September 2, 2005, and attend a case management conference on September 9, 2005.

    3. Because the defendant's answer is not due until October 3, 2005, the parties hereby

STIPULATION TO EXTEND DATES; AND [PROPOSED] ORDER
C 05-2315-MMC                            1

respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file ADR documents: | October 21, 2005 |
| Last day to file/serve Joint Case Management Statement: | November 4, 2005 |
| Case Management Conference: | November 18, 2005, at 10:30 a.m. |

Date:  August 30, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney


/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants


/s/
Date:  August 30, 2005          ASHWANI BHAKHRI
                                Attorneys for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED, with the exception that the case management conference is continued to December 9, 2005 at 10:30 a.m.  A joint case management statement shall be filed no later than December 2, 2005.

Date:  August 31, 2005      _/s/ Maxine M. Chesney_
                            MAXINE M. CHESNEY
                            United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Bhakhri and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO EXTEND DATES; AND [PROPOSED] ORDER
C 05-2315-MMC                                    2