1  ASHWANI BHAKHRI, ESQ (SBN163521)
   LAW OFFICES OF ASHWANI K. BHAKHRI
2  1290 Bayshore Highway, Suite 255
   Burlingame, CA 94010
3  Telephone (650) 697-0346
   Facsimile   (650) 685-6351
4
   Attorneys for Plaintiff
5  Joginder Singh

6
                    UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9
   JOGINDER SINGH                    )   Case No.:    C 05 02315
10                                    )
           Plaintiff,                 )   NOTICE OF VOLUNTARY DISMISSAL
11                                    )
   vs.                                )
12                                    )
   DAVID STILL, USCIS District        )
13 Director; Donad Neufeld, Acting    )
   Director, Nebraska Service Center; )
14 Michael Chertoff, Secretary of     )
   Homeland Security,; Alberto        )
15 Gonzalez, Attorney General of the  )
   United States; and,                )
16                                    )
   Does 1 thru 50                     )
17                                    )
           Defendants.                )
18 _____    )

19
   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
20
   PLEASE TAKE NOTICE that the plaintiff hereby requests that the above entitled action be
21
   dismissed without prejudice since the matter is now moot.
22
   DATED: 11/3/05                          LAW OFFICES OF ASHWANI BHAKHRI
23
                                     BY:   _____
24                                         ASHWANI BHAKHRI
                                           Attorney for Plaintiff
25                                         JOGINDER SINGH

26
   SO ORDERED
27
   DATED:  November 7, 2005           _____
28                                    JUDGE OF THE DISTRICT COURT

                                      1